## PORTER *vs.* JENKINS.

[BILL IN EQUITY BY MORTGAGOR TO RESTRAIN SALE OF LAND BY MORTGAGEE.]

1. *Chancery court, decree of; when will not be reversed.*—A decree of the chancery court on matters of fact will not be reversed unless the weight of evidence is decidedly adverse to the decree.

APPEAL from Chancery Court of Talladega.
Heard before Hon. B. B. McCRAW.

The point decided appears sufficiently from the opinion.

J. T. MAY, for appellant.
BRADFORD & MARTIN, *contra.*

B. F. SAFFOLD, J.—The appellee filed his bill to en-
join the appellant from selling certain lands mortgaged to
him by the complainant, on the ground that the debt
intended to be secured by the mortgage had been paid.
The injunction granted was made perpetual.

The issues between the parties are rather matters of fact
than of law.   Both were examined as witnesses, and their
testimony is conflicting.   There is also contradiction in the
testimony of the other witnesses as to whether the corn
sold by the complainant to the defendant was purchased
before or after the mortgage was given.   The weight of
evidence is in favor of the complainant respecting the re-
sale of the house and lot in Talladega and .the disposition
to be made of the money, and also in regard to the wheat.

The rule is well settled, that this court will not reverse
a decree of the chancery court in matters of fact, unless
the weight of evidence is decidedly adverse.

The decree is affirmed.